UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL A. FOX, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 07-00274-BH-C |
| AMERIQUEST MORTGAGE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

This action is before the Court on plaintiff's motion (Doc. 19) to stay this action pending its anticipated transfer to the Northern District of Illinois for consolidated pretrial proceedings in MDL No. 1715, *In Re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation.*  A Conditional Transfer Order has been entered by The Judicial Panel on Multidistrict Litigation.  Upon consideration of the motion and all other pertinent portions of the record, the Court concludes and it is therefore **ORDERED** that plaintiff's motion be and is hereby **GRANTED** in that further proceedings in this action be and are hereby **STAYED** pending further order of the Court.

It is **FURTHER ORDERED** that the plaintiff file a **STATUS REPORT** on the second Tuesday of every month **commencing August 14, 2007**, which advises the Court of the present status of the transfer proceedings.  **IF THE PLAINTIFF FAILS TO SUBMIT THE REQUIRED STATUS REPORTS**, **THE STAY MAY BE LIFTED AND THE PARTIES REQUIRED TO PROCEED IN THIS COURT OR THIS**

**ACTION MAY BE DISMISSED FOR WANT OF PROSECUTION AND FAILURE TO COMPLY WITH THE ORDERS OF THIS COURT**.

**DONE** this 28th day of June, 2007.

s/ W. B. Hand  
SENIOR DISTRICT JUDGE